FILED
MAY 13 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Your Name: Shelena Webb
2  Address: 1509 K Street Suite 100 Modesto CA 95354
3  Phone Number: (209) 300-9354
4  Fax Number:
5  E-mail Address: shelena912072@my.yosemite.edu
6  Pro Se Plaintiff

KAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 22-2853

Shelena Webb

Plaintiff,

vs.

Commissioner of Internal Revenue

Defendant.

Case Number   *[leave blank]*

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes [X]   No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Shelena Webb
Address: 1509 K Street Suite 100 Modesto CA 95354
Telephone: (209) 300-9354

COMPLAINT
PAGE 1 OF 8 *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Commissioner of Internal Revenue

Address: 1111 Constitution Ave. NW, Washington, DC 20224

Telephone: (202) 622-5000

Defendant 2:

Name: Employment Development Department

Address: 722 Capitol Mall # 5098 Sacramento CA 95814

Telephone: 1-866-333-4606

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT

PAGE 2 OF 2 [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   [x] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [x] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in **San Joaquin** County, it should be assigned to the **San Francisco** Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

I disagree with the IRS determination in this case because, I have never been ineligible to recieve un-employment at anytime of requested claim documentation submital processing.

COMPLAINT
PAGE 3 OF 3   *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

26  //
27  //
28

COMPLAINT
PAGE 4 OF 4   [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: <u>The right to collect benefits</u>)

(Name the defendants who violated it: <u>Employment Development Department</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

1. I reley hugely on yearly taxes, and unemployment is needed for my IRS credit ability to be reinstated and solely used for a time of hardship, or relocation of any kind. Not being able to support myself during a time I was not employed has caused a great deal of pressure and disapointment.

//

COMPLAINT
PAGE 5 OF 6   [JDC TEMPLATE – 05/17]

_____ **Claim**

*(Name the law or right violated:* _____)

*(Name the defendants who violated it:* _____)

\_\_\_. _____

COMPLAINT
PAGE 6 OF 6 *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Grant me payment of $1,172.03 garnised by the Internal Revenue Service, that paid on a fruad debt from the California Employment development department P.O. box 826218 Sacramento Ca 94230-6218 Account#380478, Toptrace Number: 179952273 has to be updated and taken out of fraud status.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 05/13/2022    Sign Name: Shelena Webb
                    Print Name: Shelena Webb

COMPLAINT
PAGE 7 OF 7   *[JDC TEMPLATE – 05/17]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

1
2 ____._____
3 _____
4 _____
5 _____
6 _____
7 _____
8 ____._____
9 _____
10 _____
11 _____
12 _____
13 _____
14 ____._____
15 _____
16 _____
17 _____
18 _____
19 _____
20 ____._____
21 _____
22 _____
23 _____
24 _____
25 _____
26 ____._____
27 _____
28 _____

COMPLAINT
PAGE 8 OF 8   *[JDC TEMPLATE – 05/17]*