United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELENA WEBB,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF INTERNAL REVENUE, et al.,<br><br>   Defendants. | Case No. 4:22-cv-02853-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

On May 13, 2022, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On June 17, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis*, and Plaintiff was ordered to pay the filing fee via four installment payments equaling $402.00. (Dkt. No. 7.) The payments were due on August 1, 2022, September 1, 2022, October 1, 2022, and November 1, 2022. *Id.* To date, Plaintiff has not made any payments.

Accordingly, the Court ORDERS Plaintiff to show cause, by **December 16, 2022**, why the case should not be dismissed for failure to pay the filing fee. Additionally, Plaintiff shall pay the filing fee in full. Failure to respond to the order to show cause and pay the filing fee by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: November 17, 2022

                 _____
                 KANDIS A. WESTMORE
                 United States Magistrate Judge